TED W. CASSMAN
ARGUEDAS, CASSMAN & HEADLEY, LLP
803 Hearst Avenue
Berkeley, CA 94710
Telephone: (510) 845-3000

Attorneys for Defendant
LAKIREDDY BALI REDDY

IN THE DISTRICT COURT OF THE UNITED STATES

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAKIREDDY BALI REDDY, | No. CR 00 40028 CW |
|     Defendant, | STIPULATION TO PERMIT TRAVEL TO INDIA |
| vs. | |
| UNITED STATES OF AMERICA, | |
|     Respondent/Plaintiff | |

It is hereby stipulated by and between the parties of record that the terms of Defendant Lakireddy Bali Reddy's supervised release should be modified to permit him to travel with his family to India between the dates of March 3, 2010 and April 16, 2010 upon approval of an itinerary by Reddy's U.S. Probation Officer, Mark Messner. Mr. Messner has informed counsel that and Interpol inquiry has confirmed that there are no pending criminal charges against Mr. Reddy in India and that Mr. Reddy has performed fine on supervision.

Dated: February 23, 2010

                                                    /s/
                                    TED W. CASSMAN,
                                    Attorney for Defendant
                                    LAKIREDDY BALI REDDY

1 | Dated: February 23, 2010

3 |                                 /s/
                        STEPHEN CORRIGAN
4 |                         Assistant United States Attorney