# ARGUEDAS, CASSMAN & HEADLEY, LLP

**Law Offices**

803 Hearst Avenue, Berkeley, California 94710
Phone: (510) 845-3000   Fax: (510) 845-3003
www.achlaw.com

Cristina C. Arguedas
Ted W. Cassman
Laurel L. Headley
Julie A. Salamon
Michael W. Anderson
Raphael M. Goldman

Of Counsel:
Christy H. Chandler

February 23, 2010

Honorable Claudia Wilken
United States District Court
1301 Clay Street, #400 South
Oakland, CA 94612

### U.S. v. Reddy No. CR 00-40028 CW

Dear Judge Wilken:

I am presenting a new stipulation and order for Mr. Lakireddy's travel to India. This has been necessitated by events that precluded Mr. Lakireddy from actually traveling on the previous occasions approved by the Court. Accordingly, we ask the Court's indulgence one more time.

Thank you for you're attention to this matter.

Sincerely,

Ted W. Cassman

cc:   AUSA Stephen Corrigan